UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Christian Ernesto AVALOS-SORIANO, | Case No.: 25-cv-3797-AGS-MMP |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| v. | |
| Jeremy CASEY, et al., | |
| Respondents. | |

Despite petitioner's protected Special Immigrant Juvenile classification, he has remained in immigration detention without a bond hearing. He seeks a writ of habeas corpus under 28 U.S.C. § 2241 to set him free. Based on the supplemental briefing, the Court is convinced that habeas relief is required. In light of his Special Immigrant Juvenile status, petitioner's continued detention "violates his due process rights." *Xol-Mas v. Francis*, No. 26-cv-00025 (AJV), 2026 WL 457005, at *9 (S.D.N.Y. Feb. 18, 2026).

Thus, the habeas petition is **GRANTED**. Respondents must immediately release petitioner under a standard order of supervision.

Dated: March 3, 2026

Hon. Andrew G. Schopler
United States District Judge